IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES CORRAL,

               Plaintiff,

               v.

FEDERAL EXPRESS CORPORATION, et al.,

               Defendants.

NO. C10-5965 TEH

ORDER RE-SCHEDULING PRETRIAL CONFERENCE

        The parties have stipulated to continue the pretrial conference and trial date to accommodate the vacation schedule of Craig E. Lindberg, Defendant Federal Express Corporation's lead trial counsel. Before setting a trial date, the Court routinely asks counsel to confirm that the date is clear on their calendars. In addition, it is the Court's practice to explain that it does not set tentative trial dates, and that, once set, a trial will be continued only due to extraordinary circumstances. A vacation scheduled by counsel after a trial date has been set does not constitute such circumstances.

        Nonetheless, as a partial accommodation, the Court will re-schedule the pretrial conference from July 23, 2012, to **July 16, 2012, at 3:00 PM**. The trial date shall remain as scheduled on **August 7, 2012.** If counsel wish to advance some of the filing deadlines set forth in the Court's April 18, 2011 Order for Pretrial Preparation that fall during Mr. Lindberg's planned vacation, the Court will entertain an appropriate stipulation.

**IT IS SO ORDERED.**

Dated: 01/09/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT