| | |
|---|---|
| 1 | WAUKEEN Q. McCOY, ESQ. (SBN: 168228) |
| | LAW OFFICES OF WAUKEEN Q. McCOY |
| 2 | 703 Market Street, Suite 1300 |
| | San Francisco, California 94103 |
| 3 | Telephone (415) 675-7705 |
| | Facsimile (415) 675-2530 |
| 4 | |
| | Attorney for Plaintiff |
| 5 | CHARLES CORRAL |
| 6 | CHARLES W. MATHEIS, JR., ESQ. (SBN: 82476) |
| | FEDERAL EXPRESS CORPORATION |
| 7 | 2601 Main Street, Suite 340 |
| | Irvine, CA 92614 |
| 8 | Telephone: (949) 862-4638 |
| | Facsimile: (949) 862-4605 |
| 9 | |
| | Attorney for Defendant |
| 10 | FEDERAL EXPRESS CORPORATION |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES CORRAL, | ) | Case No.: CV-10-05965-TEH |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION BY THE PARTIES TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE** |
| FEDERAL EXPRESS, a corporation, GLEN DUNLOP, an individual, AND DOES 1-10., | ) | |
| Defendants. | ) | **Complaint Filed:** November 22, 2010 |
| | ) | **Trial Date:** August 7, 2012 |

IT IS HEREBY STIPULATED by and between Plaintiff Charles Corral ("Plaintiff") and Defendant Federal Express Corporation, through their respective counsel, and subject to approval by the Court, that the mandatory settlement conference be continued from February 6, 2012 to April 24, 2012. This continuance is necessary because of unavoidable changes in scheduling and calendaring conflicts that have resulted in a delay in discovery. Discovery has not been completed to an extent sufficient to allow the parties to fully prepare for the February 6,

---

**STIPULATION BY THE PARTIES TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE**
**CASE NO. CV-10-05965-TEH**                              1

1  2012 conference.  The parties are currently cooperatively engaged in written discovery as well as
2  actively pursuing deposition testimony.  Plaintiff's deposition is currently scheduled for February
3  14, 2012.

    The Parties also request that the conference begin at 10:00 AM or later in order to accommodate Defendant's counsel's travel schedule.

    Trial is currently scheduled for August 7, 2012.  Judge Henderson previously moved the pre-trial conference to July 16, 2012, and His Honor ordered that this mandatory settlement conference conclude more than five days before such date.  The proposed date of April 24, 2012 is well within the time allowed.

So Stipulated:

DATED: January 23, 2011              LAW OFFICES OF WAUKEEN Q. McCOY

                                              By:_____/s/ Waukeen Q. McCoy_____
                                                   Waukeen Q. McCoy, Esq.
                                                   Attorney for Charles Corral

DATED: January 23, 2011              FEDERAL EXPRESS CORPORATION

                                              By:_____/s/ Charles W. Matheis, Jr_____
                                                  Charles W. Matheis, Jr., Esq.
                                                 Attorney for Federal Express Corporation

IT IS SO ORDERED.
Dated: _____January 24____, 2012

_____
DONNA M. RYU
United States Magistrate Judge

[GRANTED — signed Donna M. Ryu, United States District Court, Northern District of California]