WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1300
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiff
CHARLES CORRAL

CHARLES W. MATHEIS, JR., ESQ. (SBN: 82476)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: (949) 862-4638
Facsimile: (949) 862-4605

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CORRAL,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL EXPRESS, a corporation, GLEN DUNLOP, an individual, AND DOES 1-10.,<br><br>  Defendants. | Case No.: CV-10-05965-TEH<br><br>**STIPULATION BY THE PARTIES TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE**<br><br>**Complaint Filed:** November 22, 2010<br>**Trial Date:** August 7, 2012 |

  IT IS HEREBY STIPULATED by and between Plaintiff Charles Corral ("Plaintiff") and Defendant Federal Express Corporation, through their respective counsel, and subject to approval by the Court, that the mandatory settlement conference be continued from February 6, 2012 to April 24, 2012. This continuance is necessary because of unavoidable changes in scheduling and calendaring conflicts that have resulted in a delay in discovery. Discovery has not been completed to an extent sufficient to allow the parties to fully prepare for the February 6,

1  2012 conference.  The parties are currently cooperatively engaged in written discovery as well as
2  actively pursuing deposition testimony.  Plaintiff's deposition is currently scheduled for February
3  14, 2012.
4      The Parties also request that the conference begin at 10:00 AM or later in order to
5  accommodate Defendant's counsel's travel schedule.
6      Trial is currently scheduled for August 7, 2012.  Judge Henderson previously moved the
7  pre-trial conference to July 16, 2012, and His Honor ordered that this mandatory settlement
8  conference conclude more than five days before such date.  The proposed date of April 24, 2012
9  is well within the time allowed.
10 So Stipulated:
11 DATED: January 23, 2011     LAW OFFICES OF WAUKEEN Q. McCOY
12     By:_____/s/ Waukeen Q. McCoy_____
13         Waukeen Q. McCoy, Esq.
        Attorney for Charles Corral
14
15 DATED: January 23, 2011     FEDERAL EXPRESS CORPORATION
16
17     By:_____/s/ Charles W. Matheis, Jr_____
        Charles W. Matheis, Jr., Esq.
18         Attorney for Federal Express Corporation
19
20
21 IT IS SO ORDERED.
Dated: January 24 ____, 2012
22
23 _____
DONNA M. RYU
24 United States Magistrate Judge

**GRANTED** — Judge Donna M. Ryu

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA