**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES CORRAL,                              No. C-10-05965 TEH  (DMR)

        Plaintiff,                          **NOTICE OF SETTLEMENT**
                                             **CONFERENCE LOCATION**
    v.

FEDERAL EXPRESS CORPORATION, et al.,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      You are hereby notified that the further settlement conference set for April 24, 2012 at 10:00

a.m. will commence in **Courtroom 2, 4th Floor** of the U.S. District Court, 1301 Clay Street,

Oakland, California 94612.

      IT IS SO ORDERED.


Dated:  April 20, 2012

                               _____
                               DONNA M. RYU
                               United States Magistrate Judge