UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CORRAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL EXPRESS CORPORATION, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-10-05965 TEH  (DMR)<br><br>**NOTICE OF SETTLEMENT CONFERENCE LOCATION** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　You are hereby notified that the further settlement conference set for April 24, 2012 at 10:00 a.m. will commence in **Courtroom 2, 4th Floor** of the U.S. District Court, 1301 Clay Street, Oakland, California 94612.

　　IT IS SO ORDERED.

Dated:  April 20, 2012

_____
DONNA M. RYU
United States Magistrate Judge